CO-386-online
10/03

# United States District Court
# For the District of Columbia

Robert Anderson, Derivatively on ) 
behalf of Sunrise Senior Living, Inc., )
)
)
     vs        Plaintiff ) Civil Action No._____
)
Paul J. Klaassen, et al., )
)
)
          Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff, Robert Anderson__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Sunrise Senior Living, Inc.__ which have any outstanding securities in the hands of the public: NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*
Signature

465098
BAR IDENTIFICATION NO.

Donna F. Solen
Print Name

1225 19th Street, NW, Suite 500
Address

Washington    DC    20036
City         State  Zip Code

202-429-2290
Phone Number