IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT ANDERSON, et. al., ) | CIVIL ACTION No. 1:07CV00286 |
| ) | JUDGE REGGIE B. WALTON |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| PAUL J. KLAASSEN, et. al. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Come now Plaintiffs, Robert Anderson, et al., in the above styled action and request that the Court GRANT this admission *Pro Hac Vice* for their attorney, Jeffrey P. Fink, of the firm Robbins Umeda & Fink, LLP, 610 West Ash Street, Suite 1800, San Diego, CA 92101, Telephone: (619) 525-3990.

Jeffrey P. Fink is an attorney licensed and in good standing by the State of California. He is also licensed to practice before the Northern District of California, Central District of California, Southern District of California, Eastern District of Wisconsin, District of Colorado, USCA Ninth Circuit, USCA Eleventh Circuit, USCA Second Circuit and USCA First Circuit.

Jeffrey P. Fink will be participating in this case with two lawyers licensed in the District of Columbia, Donna Solen and Gary Mason. Jeffrey P. Fink has not been admitted *pro hac vice* to the District of Columbia in the last two years, does not engage in the practice of law from an office located in the District Columbia, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

Jeffrey P. Fink has read and is familiar with the Local Rules for the District of Columbia.

Therefore, the Plaintiffs request that the Court GRANT the *Pro Hac Vice* admission of Jeffrey P. Fink.

1

DATED: March 8, 2007                 Respectfully submitted,

By: /s/ Donna F. Solen
Donna F. Solen #465098
Gary E. Mason #418073
THE MASON LAW FIRM, P.C.
1225 19th St., NW, Suite 500
Washington, DC 20036
Telephone: (202) 429-2290

ATTORNEYS FOR PLAINTIFFS

## VERIFICATION

STATE OF CALIFORNIA §
§
COUNTY OF SAN DIEGO §

Before me, the undersigned notary, on this day, personally appeared Jeffrey P. Fink, a person whose identity is known to me. After I administered an oath to him, he verified that he read the foregoing Motion For Admission *Pro Hac Vice* and the facts stated therein are within his personal knowledge and are true and correct.

_____
Jeffrey P. Fink

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority on this the 5th day of March, 2007, to certify which witness my hand and official seal.

Katherine B. Scheele
NOTARY PUBLIC IN AND FOR
THE STATE OF CALIFORNIA

Katherine Scheele

[Notary Seal: KATHERINE B. SCHEELE, COMM. #1590913, Notary Public - California, San Diego County, My Comm. Expires Jun. 24, 2009]

My Commission Expires: June 24, 2009

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT ANDERSON, et. al., ) | CIVIL ACTION No. 1:07CV00286 |
| ) | JUDGE REGGIE B. WALTON |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| PAUL J. KLAASSEN, et. al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The Court hereby GRANTS the Motion for Admission *Pro Hac Vice* for Jeffrey P. Fink in the above styled matter.

_____
REGGIE B. WALTON


_____
DATE