IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT ANDERSON, et. al., ) | CIVIL ACTION No. 1:07CV00286 |
| ) | JUDGE REGGIE B. WALTON |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| PAUL J. KLAASSEN, et. al. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Come now Plaintiffs, Robert Anderson, et al., in the above styled action and request that the Court GRANT this admission *Pro Hac Vice* for their attorney, Ashley R. Palmer, of the firm Robbins Umeda & Fink, LLP, 610 West Ash Street, Suite 1800, San Diego, CA 92101, Telephone: (619) 525-3990.

Ashley R. Palmer is an attorney licensed and in good standing by the State of California.

Ashley R. Palmer will be participating in this case with two lawyers licensed in the District of Columbia, Donna Solen and Gary Mason. Ashley R. Palmer has not been admitted *pro hac vice* to the District of Columbia in the last two years, does not engage in the practice of law from an office located in the District Columbia, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

Ashley R. Palmer has read and is familiar with the Local Rules for the District of Columbia.

Therefore, the Plaintiffs request that the Court GRANT the *Pro Hac Vice* admission of Ashley R. Palmer.

DATED: March 8, 2007                    Respectfully submitted,

By: /s/ Donna F. Solen
Donna F. Solen #465098
Gary E. Mason #418073
THE MASON LAW FIRM, P.C.
1225 19th St., NW, Suite 500
Washington, DC 20036
Telephone: (202) 429-2290

ATTORNEYS FOR PLAINTIFFS

VERIFICATION

STATE OF CALIFORNIA           §
                              §
COUNTY OF SAN DIEGO           §

    Before me, the undersigned notary, on this day, personally appeared Ashley R. Palmer, a person whose identity is known to me. After I administered an oath to her, she verified that she read the foregoing Motion For Admission *Pro Hac Vice* and the facts stated therein are within her personal knowledge and are true and correct.

                                                        */s/ Ashley R. Palmer*
                                                        Ashley R. Palmer

    SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority on this the 7th day of March, 2007, to certify which witness my hand and official seal.

[Notary Seal: KATHERINE B. SCHEELE, COMM. #1590913, Notary Public - California, San Diego County, My Comm. Expires Jun. 24, 2009]

                                        */s/ Katherine Scheele*
                                        NOTARY PUBLIC IN AND FOR
                                        THE STATE OF CALIFORNIA
                                        Katherine Scheele

My Commission Expires:

                June 24, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT ANDERSON, et. al., | ) CIVIL ACTION No. 1:07CV00286 |
| Plaintiffs, | ) JUDGE REGGIE B. WALTON |
| vs. | ) |
| PAUL J. KLAASSEN, et. al. | ) |
| Defendants. | ) |

## ORDER

The Court hereby GRANTS the Motion for Admission *Pro Hac Vice* for Ashley R. Palmer in the above styled matter.

_____
REGGIE B. WALTON

_____
DATE