UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT ANDERSON,<br>Derivatively On Behalf of SUNRISE SENIOR LIVING, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>PAUL J. KLAASSEN, TERESA MERRITT KLAASSEN, THOMAS B. NEWELL, TIFFANY L. TOMASSO, JOHN F. GAUL, BRADLEY R. RUSH, RONALD V. APRAHAMIAN, THOMAS J. DONOHUE, DOUGLAS J. HOLLADAY, CRAIG R. CALLEN, WILLIAM G. LITTLE, DAVID W. FAEDER, TIMOTHY S. SMICK, BRIAN C. SWINTON, LARRY E. HULSE, CHRISTIAN B.A. SLAVIN, PETER A. KLISARES, RICHARD R. SLAGER, RICHARD A. DOPPELT, SCOTT F. MEADOW, J. WILLARD MARRIOTT, JR., DARCY J. MOORE,<br><br>    and<br><br>DAVID G. BRADLEY<br>2211 30th Street, N.W.<br>Washington, D.C. 20008,<br><br>       Defendants,<br><br>    and<br><br>SUNRISE SENIOR LIVING, INC., a Delaware corporation,<br><br>       Nominal Defendant. | Civil Action No. 07-00286(RBW) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME FOR
DEFENDANT DAVID G. BRADLEY TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant David G. Bradley, given the anticipated filing of an amended complaint consolidating Plaintiff's claims with those asserted in two related actions pending in this Court, hereby moves for an order providing that he need not respond to the current complaint. As grounds supporting this motion, Defendant Bradley incorporates the points set forth in Nominal Defendant Sunrise Senior Living, Inc.'s Joint Consent Motion.

Counsel for Plaintiff has consented to the relief requested in this motion.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

/s/ Vidya Atre Mirmira

Philip A. Sechler (D.C. Bar No. 426358)
Vidya Atre Mirmira (D.C. Bar No. 477757)
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)

*Counsel for Defendant David G. Bradley*

Dated: March 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that, on March 27, 2007, copies of the foregoing Consent Motion for Enlargement of Time for Defendant David G. Bradley to Respond to the Complaint and proposed Order were served via electronic filing and via first-class United States mail, postage pre-paid, upon the following:

THE MASON LAW FIRM
Donna F. Solen, Esq.
1225 19th Street, N.W.
Suite 500
Washington, D.C. 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

ROBBINS, UMEDA & FINK LLP
Brian J. Robbins, Esq.
Felipe J. Arroyo, Esq.
Ashley R. Palmer, Esq.
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Counsel for Plaintiff*

HOGAN & HARTSON, LLP
George H. Mernick, III
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5726
Facsimile: (202) 637-5910

HOGAN & HARTSON, LLP
N. Thomas Connally
Jon M. Talotta
8300 Greensboro Drive, Suite 1100
McLean, VA 22102
Telephone: (703) 610-6100
Facsimile: (703) 610-6200

*Counsel for Nominal Defendant
Sunrise Senior Living, Inc.*

/s/ Vidya Atre Mirmira
Vidya Atre Mirmira
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT ANDERSON, )<br>Derivatively On Behalf of SUNRISE SENIOR )<br>LIVING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL J. KLAASSEN, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 07-00286(RBW) |

## ORDER

This case is before the Court upon the Consent Motion for Enlargement of Time for Defendant David G. Bradley to Respond to the Complaint. Upon consideration of the motion and the entire record herein, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that Defendant need not respond to the current complaint at this time, pending the filing of the amended complaint.

So ORDERED this _____ day of _____, 2007.

_____
HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE