AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ROBERT ANDERSON,

      Plaintiff(s) )

           vs. )

SUNRISE SENIOR LIVING, INC., ET AL )

      Defendant(s) )

**APPEARANCE**

CASE NUMBER    1:07-cv-00286

To the Clerk of this court and all parties of record:

Please enter the appearance of  Jon M. Talotta  as counsel in this
(Attorney's Name)

case for:  Sunrise Senior Living, Inc.
(Name of party or parties)

June 14, 2007
Date

473626
BAR IDENTIFICATION

/s/ Jon M. Talotta
Signature

Jon M. Talotta
Print Name

Hogan & Hartson LLP - 8300 Greensboro Drive
Address

McLean, VA 22102
City    State    Zip Code

703-610-6100
Phone Number