AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ROBERT ANDERSON,

        Plaintiff(s)      )    **APPEARANCE**

        vs.      )    CASE NUMBER   1:07CV00286

PAUL J. KLAASSEN, et al.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __N. Thomas Connally__ as counsel in this
           (Attorney's Name)

case for: __Sunrise Senior Living, Inc.__
      (Name of party or parties)


__June 14, 2007__           __/s/ N. Thomas Connally__
Date                            Signature

__448355__                N. Thomas Connally
BAR IDENTIFICATION      Print Name

                                  Hogan & Hartson - 8300 Greensboro Drive
                                  Address

                                  McLean, VA 22102
                                  City      State      Zip Code

                                  703-610-6126
                                  Phone Number