UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



| | |
|---|---|
| In Re SUNRISE SENIOR LIVING, INC. Derivative Litigation | ) Civil Action No. 07-00143 ) ) |
| This Document Relates To:<br><br>ALL ACTIONS | ) ) **AMENDED** JOINT STIPULATION ) AND PROPOSED ORDER SETTING ) SCHEDULE ) |

WHEREAS, this matter was consolidated on May 9, 2007;

WHEREAS, plaintiffs filed a Consolidated Shareholder Derivative Complaint (the "Complaint") on June 29, 2007;

WHEREAS, counsel for the parties previously filed a joint stipulation and proposed order setting a schedule for the filing of defendants' responses to the Complaint and dates flowing from those responses; and

WHEREAS, counsel for the parties subsequently have conferred and have agreed to amend that previously entered schedule, subject to the approval of the Court, as follows:

1. Defendants shall answer or otherwise respond to the Complaint by August 27, 2007.

2. In the event that Defendants file and serve any motion directed at the Complaint, Plaintiffs shall file and serve an opposition by October 12, 2007.

3. Defendants shall file and serve any reply to Plaintiffs' opposition by November 12, 2007.

Dated: August 13, 2007

DAVIS, COWELL & BOWE, LLP

/s/ Mark Hanna
George R. Murphy (DC Bar 75200)
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
1701 K Street NW, Suite 210
Washington, DC 20006
Telephone:  (202) 223-2620
Facsimile:   (202) 223-8651

*Liaison Counsel*

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Lee Rudy
Eric Lechtzin
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610)667-7706
Facsimile:   (610)667-7056

**SAXENA WHITE, P.A.**
Maya Saxena
Joseph White
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone:  (561) 394-3399
Facsimile:   (561) 394-3382

**ROBBINS, UMEDA, & FINK, LLP**
Brian J. Robbins
Felipe J. Arroyo
Ashley R. Palmer
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile:   (619) 525-3991

*Co-Lead Counsels for Plaintiffs*

Dated: August 13, 2007                          **HOGAN & HARTSON, LLP**

/s/ George H. Mernick, III
George H. Mernick, III (DC Bar 294256)
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5726
Facsimile: (202) 637-5910

N. Thomas Connally (DC Bar 448355)
Jon M. Talotta (DC Bar 473626)
8300 Greensboro Drive, Suite 1100
McLean, Virginia 22102
Telephone: (703) 610-6100
Facsimile: (703) 610-6200

*Attorneys for Nominal Defendant
Sunrise Senior Living, Inc.*

Dated: August 13, 2007                          **GIBSON DUNN & CRUTCHER, LLP**

/s/ John C. Millian
John C. Millian (DC Bar 413721)
Jill S. Henderson (DC Bar 451389)
Matthew R. Estabrook (DC Bar 477880)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorneys for Defendants Carl Adams, Ronald V.
Aprahamian, Craig R. Callen, Thomas J. Donohue,
Richard A. Doppelt, David W. Faeder, John F.
Gaul, J. Douglas Holladay, Larry E. Hulse, Paul L.
Klaassen, Teresa M. Klaassen, Pete A. Klisares,
William Little, J. Willard Marriott, Jr., Scott F.
Meadow, Darcy Moore, Thomas B. Newell, Robert
R. Slager, Christian B.A. Slavin, Timothy S. Smick,
Brian C. Swinton, Tiffany L. Tomasso*

Dated: August 13, 2007                      **AKIN GUMP STRAUSS HAUER & FELD, LLP**

/s/ John M. Dowd
John M. Dowd (DC Bar 003525)
Jeffrey M. King (DC Bar 461644)
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone:   (202) 887-4000
Facsimile:   (202) 887-4288

*Attorneys for Defendant Bradley B. Rush*


Dated: August 13, 2007                      **WILLIAMS & CONNOLLY, LLP**

/s/ Philip A. Sechler
Philip A. Sechler (DC Bar 426358)
Vidya Atre Mirmira (DC Bar 477757)
725 12th Street, N.W.
Washington, DC 20005
Telephone:   (202) 434-5000
Facsimile:   (202) 434-5029

*Attorneys for Defendant David G. Bradley*


**IT IS SO ORDERED.**

Dated: August 20, 2007

REGGIE B. WALTON
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing, Amended Joint Stipulation and Proposed Order Setting Schedule, was served this 13th day of August, 2007, in accordance with the Court's CM/ECF Guidelines.

/s/ Jon M. Talotta
Jon M. Talotta
jmtalotta@hhlaw.com