UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re SUNRISE SENIOR LIVING, INC. Derivative Litigation ) ) ) ) | Civil Action No. 07-00143 |
| This Document Relates To:<br><br>ALL ACTIONS ) ) ) ) ) ) | JOINT STIPULATION AND [PROPOSED] ORDER SETTING AN AMENDED BRIEFING SCHEDULE |

WHEREAS, on March 28, 2008, by Order of the Court, Plaintiffs' Amended Consolidated Shareholder Derivative Complaint was accepted for filing;

WHEREAS, on May 13, 2008, the parties stipulated to a briefing schedule in anticipation of Defendants filing Motions to Dismiss the Amended Consolidated Shareholder Derivative Complaint;

WHEREAS, pursuant to the May 13, 2008 Stipulation, Defendants were required to answer or otherwise respond to the Amended Consolidated Shareholder Derivative Complaint by June 16, 2008;

WHEREAS, Defendants filed and served four Motions to Dismiss the Amended Consolidated Shareholder Derivative Complaint on June 16, 2008;

WHEREAS, under the current briefing schedule Plaintiffs' responses to the Motions to Dismiss are due to be filed with the Court and served on Defendants on July 17, 2008;

WHEREAS, counsel for the parties subsequently have conferred and have agreed to amend the previously entered schedule;

NOW, THEREFORE, the parties respectfully request that the previously stipulated to briefing scheduled be amended, subject to the approval of the Court, as follows:

1. Plaintiffs' time to file responses to Defendants' Motions to Dismiss shall be extended through and including July 24, 2008.

2. Defendants' time to file replies to Plaintiffs' responses to Defendants' Motions to Dismiss shall be extended through and including August 18, 2008.

Dated: July 17, 2008                     **DAVIS, COWELL & BOWE, LLP**

_____/s/ Joni S. Jacobs_____
George R. Murphy (DC Bar 75200)
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
1701 K Street NW, Suite 210
Washington, DC 20006
Telephone: (202) 223-2620
Facsimile: (202) 223-8651

*Liaison Counsel*

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Eric L. Zagar
Michael C. Wagner
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610)667-7706
Facsimile: (610)667-7056

**SAXENA WHITE P.A.**
Maya Saxena
Joseph White
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

          **ROBBINS, UMEDA, & FINK LLP**
Brian J. Robbins
Felipe J. Arroyo
Ashley R. Palmer
610 West Ash Street, Suite 1800
San Diego, CA  92101
Telephone:  (619) 525-3990
Facsimile:    (619) 525-3991

*Co-Lead Counsels for Plaintiffs*

Dated: July 17, 2008      **HOGAN & HARTSON, LLP**

            /s/ George H. Mernick, III
George H. Mernick, III (DC Bar 294256)
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone:  (202) 637-5726
Facsimile:    (202) 637-5910

N. Thomas Connally (DC Bar 448355)
Jon M. Talotta (DC Bar 473626)
HOGAN & HARTSON, LLP
8300 Greensboro Drive, Suite 1100
McLean, Virginia  22102
Telephone:  (703) 610-6100
Facsimile:    (703) 610-6200

*Attorneys for Nominal Defendant*
*Sunrise Senior Living, Inc.*

Dated: July 17, 2008      **GIBSON DUNN & CRUTCHER, LLP**

            /s/ John C. Millian
John C. Millian (DC Bar 413721)
Jill S. Henderson (DC Bar 451389)
Matthew R. Estabrook (DC Bar 477880)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

|  |  |
|---|---|
|  | *Attorneys for Defendants Carl Adams, Ronald V. Aprahamian, Craig R. Callen, Thomas J. Donohue, Richard A. Doppelt, David W. Faeder, John F. Gaul, J. Douglas Holladay, Larry E. Hulse, Paul L. Klaassen, Teresa M. Klaassen, Pete A. Klisares, William Little, J. Willard Marriott, Jr., Scott F. Meadow, Darcy Moore, Thomas B. Newell, Robert R. Slager, Christian B.A. Slavin, Timothy S. Smick, Brian C. Swinton, Tiffany L. Tomasso* |
| Dated: July 17, 2008 | **AKIN GUMP STRAUSS HAUER & FELD, LLP** |
|  | /s/ John M. Dowd<br>John M. Dowd (DC Bar 003525)<br>Jeffrey M. King (DC Bar 461644)<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288 |
|  | *Attorneys for Defendant Bradley B. Rush* |
| Dated: July 17, 2008 | **WILLIAMS & CONNOLLY, LLP** |
|  | /s/ Philip A. Sechler<br>Philip A. Sechler (DC Bar 426358)<br>Vidya Atre Mirmira (DC Bar 477757)<br>725 12th Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029 |
|  | *Attorneys for Defendant David G. Bradley* |

**IT IS SO ORDERED.**

Dated: _____

_____
REGGIE B. WALTON
United States District Judge